UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ECOLAB MARKETING LLC,

Plaintiff,

vs.

GRAY*STAR, INC.,

Defendant and Third-Party Plaintiff,

vs.

ECOLAB, INC., WILLIAM A. MATHISON, and ION BEAM APPLICATION, t/a IBA GROUP STERIGENICS INTERNATIONAL,

Third-Party Defendants.

Civil File No. 00-Civ-1014 PAM/JGL

**STIPULATION AND ORDER**

---

Third-Party Plaintiff Gray*Star, Inc., through its counsel, stipulates and agrees that SteriGenics International, Inc. ("SII") may have until July 12, 2000 to answer, plead or otherwise respond to Gray*Star, Inc.'s Third-Party Complaint dated June 1, 2000. An extension is required as a result of CT System's delay in providing SteriGenics International, Inc. with a copy of the Third-Party Complaint. This stipulation is without prejudice to SII's contention that plaintiff's designation of one of the named third-party defendants as "Ion Beam Applications t/a IBA Group SteriGenics International" is a material misnomer.

Gray*Star, Inc. and SteriGenics International, Inc. further agree that the Court may enter an

FILED 7-5-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

order in the form attached hereto as Attachment A.

BRIGGS AND MORGAN, P.A.

By________________________
Charles B. Rogers (#130588)
80 South Eighth Street, Suite 2400
Minneapolis, MN 55402
(612) 334-8400
Attorneys for Third-Party Defendant SteriGenics International, Inc.

MASLON EDELMAN BORMAN & BRAND LLP

By________________________
Justin H. Perl (#151397)
R. Christopher Sur (#251586)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402-4140
(612) 672-8200
Attorneys for Defendant and Third-Party Plaintiffs Gray*Star, Inc.

# ATTACHMENT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ECOLAB MARKETING LLC,

Plaintiff,

vs.

GRAY*STAR, INC.,

Defendant and Third-Party Plaintiff,

vs.

ECOLAB, INC., WILLIAM A. MATHISON, and ION BEAM APPLICATION, t/a IBA GROUP STERIGENICS INTERNATIONAL,

Third-Party Defendants.

Civil File No. 00-Civ-1014 PAM/JGL

**ORDER**

Based on the stipulation of the parties and all pleadings on file herein, IT IS HEREBY ORDERED THAT SteriGenics International, Inc. has until July 12, 2000, to answer, plead or otherwise respond to Gray*Star, Inc.'s Answer, Counterclaim and Third-Party Complaint dated June 1, 2000.

BY THE COURT:

Dated: ______________ ______________________

FILED ______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______________
DEPUTY CLERK ______________

1185409.2