UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ecolab Marketing LLC,

Plaintiff and Counterclaim Defendant,

vs.

Gray*Star, Inc.,

Defendant, Counterclaimant and Third Party Plaintiff,

vs.

Ecolab Inc., William A. Mathison and Ion Beam Applications, t/a IBA Group Sterigenics International,

Third Party Defendants.

---

Civil File No. 00-CV-1014 PAM/JGL

District Judge Magnuson
Magistrate Judge Lebedoff

**STIPULATION AND ORDER**

WHEREAS, Gray*Star, Inc. has asserted a Counterclaim against Ecolab Marketing LLC and a Third Party Complaint against, inter alia, Ecolab Inc. and William A. Mathison in the above-captioned action; and

WHEREAS, Ecolab Marketing, Ecolab Inc. and Matthison have filed and served a Joint Answer to the Counterclaim and Third Party Complaint; and

WHEREAS, Ecolab Marketing, Ecolab Inc. and William A. Matthison desire to file and serve a Joint Amended Answer to the Counterclaim and Third Party Complaint; and

WHEREAS, Gray*Star does not object to the filing and service of said Joint Amended Answer.

NOW THEREFORE, it is hereby stipulated and agreed by and between the above-referenced parties, through their respective counsel, that Ecolab Marketing,

AUG 2 2 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Ecolab Inc. and William A. Matthison shall be permitted to file and serve a Joint Amended Answer to the Counterclaim and Third Party Complaint of Gray*Star.

Dated: August 18, 2000

Richard G. Morgan (#157053)
David S. Miller (#239360)
Robert L. Smith (#297033)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR ECOLAB MARKETING LLC, ECOLAB INC. and WILLIAM A. MATTHISON**

Dated: August 17, 2000.

Justin H. Perl (#151397)
R. Christopher Sur (#251586)
**MASLON EDELMAN BORMAN & BRAND LLP**
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

**ATTORNEYS FOR GRAY*STAR, INC.**

Dated: August 21, 2000

Charles B. Rogers (#130588)
Briggs and Morgan P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400

and

G. William Long III
Womble Carlyle Sandridge and
Rice PLLC
1201 West Peachtree Street, Suite 3500
Atlanta, GA 30309
Telephone: (404) 872-7000

**ATTORNEYS FOR STERIGENICS INTERNATIONAL, INC., appearing specially for purposes of moving to dismiss or for a more definite statement**

**ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation is adopted as an Order of the Court.

IT IS SO ORDERED.

Dated: August 22, 2000.

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge