UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ecolab Marketing LLC,

Civil File No. 00-CV-1014 PAM/JGL

Plaintiff and Counterclaim Defendant,

vs.

Gray*Star, Inc.,

**STIPULATION AND ORDER**

Defendant, Counterclaimant and Third Party Plaintiff,

vs.

Ecolab Inc., William A. Mathison and Ion Beam Applications, t/a IBA Group Sterigenics International,

Third Party Defendants.

---

WHEREAS, Gray*Star, Inc. has asserted a Counterclaim against Ecolab Marketing LLC and a Third-Party Complaint naming Ecolab Inc., William A. Mathison, and Ion Beam Applications, Inc. t/a IBA Group Sterigenics International in the above-captioned action; and

WHEREAS, SteriGenics International, Inc. ("SII") has made a special appearance and has moved to dismiss the Third-Party Defendant named as Ion Beam Applications, Inc. t/a IBA Group Sterigenics or for a more definite statement, which motion has been partially briefed; and

WHEREAS, Gray*Star and SII have agreed 1) to allow Gray*Star to amend the Third-Party Complaint to redesignate the defendant named as Ion Beam Applications, Inc. t/a IBA Group Sterigenics; 2) that the amended Third-Party Complaint will name

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SteriGenics International, Inc. and Ion Beam Applications, s.a. as separate third-party defendants; and 3) that Gray*Star does not waive any right to further redesignate the third-party defendants if discovery demonstrates that a redesignation is necessary and appropriate, and;

WHEREAS the attorneys for SII agree to accept service on behalf of SII of the Summonses and Third-Party Complaints naming SteriGenics International, Inc. and Ion Beam Applications, s.a., but specifically reserve the rights of Ion Beam Applications, s.a. to argue that serving Ion Beam Applications, s.a. through SteriGenics International, Inc. is ineffective, and;

WHEREAS SII agrees that it will withdraw the motion to dismiss Third-Party Defendant Ion Beam Applications, Inc. t/a IBA Group Sterigenics or for a more definite statement.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the above-referenced parties, through their respective counsel, that Gray*Star may amend the Third-Party Complaint to redesignate the defendant named as Ion Beam Applications, Inc. t/a IBA Group Sterigenics. The amended Third-Party Complaint will name SteriGenics International, Inc. and Ion Beam Applications, s.a. as separate third-party defendants. Gray*Star does not waive any right to further redesignate the third-party defendants if discovery demonstrates that a redesignation is necessary and appropriate.

The attorneys for SII agree to accept service on behalf of SII of the Summonses and Third-Party Complaints naming SteriGenics International, Inc. and Ion Beam Applications, s.a., but specifically reserve the rights of Ion Beam Applications, s.a. to

argue that serving Ion Beam Applications, s.a. through SteriGenics International, Inc. is ineffective. The time for SII and Ion Beam Applications, s.a., to file their respective answers, motions and/or affirmative defenses shall begin to run at the time the amended third-party summonses and complaints are served by Gray*Star.

SII will withdraw the motion to dismiss Third-Party Defendant Ion Beam Applications, Inc. t/a IBA Group Sterigenics or for a more definite statement as moot.

Dated: September 20, 2000

Richard G. Morgan (#157053)
David S. Miller (#239860)
Robert L. Smith (#297033)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200

**ATTORNEYS FOR ECOLAB MARKETING LLC, ECOLAB INC. AND WILLIAM A. MATTHISON**

Dated: September 20, 2000.

Justin H. Perl (#151397)
R. Christopher Sur (#251586)
**MASLON EDELMAN BORMAN & BRAND LLP**
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

Of Counsel:

Gary Deutsch (GD 6071)
Marc H. Stofman (MS 9065)
**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP**
457 Haddonfield Road, Suite 510
Cherry Hill, New Jersey 08002-2220

**ATTORNEYS FOR GRAY*STAR**

Charles Rogers (#130588)
**BRIGGS & MORGAN**
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

Of Counsel:

G. William Long, III
**WOMBLE CARLYLE SANDRIDGE & RICE**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, GA 30309
(404) 872-7000

**STERIGENICS INTERNATIONAL**

**ORDER**

IT IS HEREBY ORDERED that the foregoing Stipulation is adopted as an Order of the Court.

Dated: September 21, 2000.

BY THE COURT:

Jonathon Lebedoff
United States Magistrate Judge

102858